# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CYRUS ROCKY MCCLAIN, JR.,

Plaintiff,

v.

THAO, *et al.*,

Defendants.

Case No. 1:26-cv-04476-BAM (PC)

ORDER DIRECTING CLERK OF COURT TO UPDATE PLAINTIFF'S MAILING ADDRESS AND RE-SERVE ORDER DIRECTING PLAINTIFF TO FILE NOTICE CLARIFYING HIS INTENT

(ECF Nos. 10, 11)

Plaintiff Cyrus Rocky McClain, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 7, 2026, the Court screened Plaintiff's complaint and found that it stated a cognizable claim against Defendant E. Noujaime for excessive force in violation of the Eighth Amendment, but it failed to state any other cognizable claims for relief. (ECF No. 9.) The Court ordered Plaintiff to either file a first amended complaint or notify the Court of his willingness to proceed only on the cognizable claim identified by the Court. (*Id.*)

On August 10, 2026, Plaintiff filed a "Notice to the Court that I am willing to proceed on my COGNIZABLE CLAIM." (ECF No. 10.) In this filing, Plaintiff stated that he was "requesting a short extension due to being transferred and given incorrect mailing information which led the Court to having a no-so-current mailing address." (*Id.*) Plaintiff further stated that he submitted a second notice of change of address and just received the Court's screening order

with the thirty-day deadline on August 5, 2026. (*Id.*)

Based on Plaintiff's filing, it was unclear how he wished to proceed with the action. The Court therefore found it appropriate to allow Plaintiff an opportunity to clarify his intent and to specify in writing whether he wished to proceed on his cognizable claim for excessive force or he wished to file an amended complaint and required an extension of time to do so. (ECF No. 11.) Accordingly, on August 13, 2026, the Court ordered Plaintiff to file a written notice of how intended to proceed in the action within 14 days. (*Id.*) The Court served the order on Plaintiff at the California Correctional Institution.

Plaintiff has not responded to the Court's order and the time for a response has expired. However, upon review, Plaintiff's August 10, 2026 notice included a mailing address at Kern Valley State Prison and indicated that Plaintiff had submitted a second notice of change of address. (*See* ECF No. 10.) Further, a review of the CDCR California Incarcerated Records and Information Search ("CIRIS") website as of the date of this order indicates that Plaintiff is currently housed at Kern Valley State Prison.[1] Based on this information, the Court will direct the Clerk of the Court to update Plaintiff's mailing address and re-serve the Court's August 13, 2026 order. The deadline for Plaintiff to file a response to the Court's order will be extended accordingly.

For these reasons, it is HEREBY ORDERED as follows:

1. The Clerk of the Court is DIRECTED to:
    a. Update Plaintiff's mailing address to Kern Valley State Prison; and
    b. Re-serve the August 13, 2026 order, (ECF No. 11), on Plaintiff at his new address of record;
2. Within fourteen (14) days of re-service of the Court's August 13, 2026 order, Plaintiff SHALL FILE a written notice of how intends to proceed in this action; and

---

[1] The Court may take judicial notice of public information stored on the CDCR CIRIS website. *See In re Yahoo Mail Litig.*, 7 F. Supp. 3d. 1016, 1024 (N.D. Cal. 2014) (court may take judicial notice of information on "publicly accessible websites" not subject to reasonable dispute); *Louie v. McCormick & Schmick Restaurant Corp.*, 460 F. Supp. 2d. 1153, 1155 n.4 (C.D. Cal. 2006) (court may take judicial notice of state agency records).

3. Plaintiff is warned that failure to comply with the Court's August 13, 2026 order will result in a recommendation for dismissal of this action, without prejudice, for failure to prosecute and failure to obey a court order.

IT IS SO ORDERED.

Dated: **September 17, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE