**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

CYRUS ROCKY MCCLAIN, JR.,

Plaintiff,

v.

THAO, et al.,

Defendants.

Case No.: 1:26-cv-04476 JLT BAM (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS, AND DIRECTING THE CLERK OF COURT TO UPDATE THE DOCKET

(Doc. 16)

Cyrus Rocky McClain Jr. seeks to hold the defendants liable for violations of his civil rights while housed at Valley State Prison. (*See generally* Doc. 1.) The magistrate judge screened Plaintiff's complaint under 28 U.S.C. § 1915A(a) and found he stated a cognizable claim against Defendant E. Noujaime for excessive force in violation of the Eighth Amendment. (Doc. 9 at 2-4.) However, the magistrate judge found Plaintiff failed to state a claim against any other named defendants, and the facts alleged did not support his claim related to the grievance process. (*Id.* at 4-6.) In response to the Screening Order, Plaintiff indicated that he was willing to proceed on the cognizable claim. (Docs. 10, 14.)

Following receipt of Plaintiff's responses, the magistrate judge issued Findings and Recommendations, incorporating the findings of the Screening Order and recommending that the action proceed on the cognizable claim, with all other defendants and claims dismissed. (Doc. 16.) The Court served the Findings and Recommendations on Plaintiff and notified him that any

objections were due within 14 days. (*Id.* at 6.) The Court also advised Plaintiff that the failure to file timely objections may result in the waiver of rights on appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Plaintiff did not file objections and the time to do so expired.

According to 28 U.S.C. § 636(b)(1), the Court performed a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on October 1, 2026 (Doc. 12) are **ADOPTED**.
2. This action **SHALL** proceed only on Plaintiff's claim against E. Noujaime for excessive force in violation of the Eighth Amendment.
3. All other claims raised in the complaint are **DISMISSED**.
4. The Clerk of Court is directed to update the docket and terminate M. Thao, T. Samora, and Valley State Prison as defendants.
5. The matter is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: November 2, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE